IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| NORA RUIZ, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>BASS PRO GROUP LLC, and BPS DIRECT LLC, d/b/a BASS PRO SHOPS,<br><br>            Defendants. | Case No. 6:24-cv-03122-MDH |

**PLAINTIFF'S UNOPPOSED MOTION TO DIRECT CLASS NOTICE AND GRANT PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

    Plaintiff respectfully submits this motion for an order entering preliminary approval of a proposed class action settlement and directing notice of the settlement to the proposed settlement class pursuant to Federal Rule of Civil Procedure 23(e). This motion is not opposed by Defendants.

    In support of this motion, Plaintiff submits Suggestions in Support, the Declaration of Alexander T. Ricke (Class Counsel), and the parties' Settlement Agreement and all attachments (Ex. 1 to the Ricke Declaration).

    Accordingly, Plaintiff requests that the Court permit the issuance of notice to the class of the proposed settlement (*see* Settlement Agreement, Ex. 1), approve the form and manner of notice to the class (*see* Proposed Settlement Notice, Ex. A to Settlement Agreement), appoint Plaintiff's counsel as Class Counsel, appoint Plaintiff as class representative, direct the parties to carry out the terms of the Settlement Agreement, and schedule a final approval hearing within approximately 100 days of the order granting this motion to determine whether the settlement (including Class

Counsel's attorneys' fees and expenses and the proposed service award) should be granted final approval as fair, reasonable, and adequate.

Dated: January 6, 2025

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

*/s/ Alexander T. Ricke*
George A. Hanson, MO Bar No. 43450
Alexander T. Ricke, MO Bar No. 65132
Caleb J. Wagner, MO Bar No. 68458
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com
wagner@stuevesiegel.com

**McCLELLAND LAW FIRM, P.C.**
Ryan L. McClelland, MO Bar No. 59343
The Flagship Building
200 Westwoods Drive
Liberty, Missouri 64068-1170
Telephone: (816) 781-0002
Facsimile: (816) 781-1984
ryan@mcclellandlawfirm.com

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 6, 2025, the foregoing document was filed with the Court's CM/ECF system, which served a copy of the foregoing document on all counsel of record.

*/s/ Alexander T. Ricke*

COUNSEL FOR PLAINTIFF