IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| NORA RUIZ, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>BASS PRO GROUP LLC, and BPS DIRECT LLC, d/b/a BASS PRO SHOPS,<br><br>          Defendants. | Case No. 6:24-cv-03122-MDH |

**PLAINTIFF'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

      Plaintiff respectfully submits this motion for final approval of a class action settlement pursuant to Federal Rule of Civil Procedure 23(e)(2). This motion is unopposed by Defendants. In support of this motion, Plaintiff submits her Suggestions in Support, which includes the Declaration of Alexander T. Ricke (Class Counsel), and the Declaration of Jeffery J. Mitchell of Analytics Consulting LLC (Settlement Administrator). Plaintiff previously filed a Motion for Attorneys' Fees, Expenses, and a Service Award with supporting materials. *See* Docs. 40-41.

      For the reasons further described in the accompanying Suggestions in Support, this Court should grant Plaintiff's motion, approve the Settlement Agreement, award Class Counsel attorneys' fees and expenses as requested, and approve the service award as requested. Class Counsel will submit a Proposed Order Granting Final Approval of Class Action Settlement for the Court's consideration to the Court's Chambers via e-mail in connection with the final approval hearing.

Dated: May 15, 2025                    Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

*/s/ Alexander T. Ricke*
George A. Hanson, MO Bar No. 43450
Alexander T. Ricke, MO Bar No. 65132
Caleb J. Wagner, MO Bar No. 68458
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com
wagner@stuevesiegel.com

**McCLELLAND LAW FIRM, P.C.**
Ryan L. McClelland, MO Bar No. 59343
The Flagship Building
200 Westwoods Drive
Liberty, Missouri 64068-1170
Telephone: (816) 781-0002
Facsimile: (816) 781-1984
ryan@mcclellandlawfirm.com

**CLASS COUNSEL**

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 15, 2025, the foregoing document was filed with the Court's CM/ECF system, which served a copy of the foregoing document on all counsel of record.

/s/ *Alexander T. Ricke*

**CLASS COUNSEL**