# JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| NORA RUIZ, | ) |
| | ) |
| vs. | ) Case No. 24-3122-CV-S-MDH |
| | ) |
| BASS PRO GROUP LLC, et al. | ) |

__ Jury Verdict.   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

Court grants final approval of the Settlement (Order, Doc. 44).  Case is dismissed with prejudice, without any cost to any of the parties except as provided in the Settlement Agreement.

**IT IS SO ORDERED**.


 June 2, 2025                                         Paige Wymore-Wynn
Date                                                          Clerk of Court


Entered on: May 29, 2025              s/Linda Howard
                                                              (By) Deputy Clerk